BEFORE THE FIRST DIVISION, MARCH 14, 1963

**No. 67510.**—Dolliff & Company et al. *v.* United States, protests 309088-K, etc. (Boston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature railroad equipment, which includes locomotives and other railroad cars, tracks, and accessories, similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "A" or "B" at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for manufactures of metal; the items marked "C" at 13¾ percent under the provision in paragraph 353, as modified by T.D. 52739, for metal articles having as an essential feature an electrical element or device; the items marked "D" at 12½ percent under the provision in paragraph 353, as modified by T.D. 52739, for transformers; and the items marked "E" at 17½ percent under the provision in paragraph 353, as modified by T.D. 52739, for electrical wiring apparatus, as claimed.